IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**IDEABUD, LLC d/b/a TICKETBUD**<br><br>**Defendant.** | Case No. 6:21-cv-00012<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Scanning Technologies Innovations, LLC and Defendant Ideabud, LLC d/b/a Ticketbud by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: March 30, 2021                                           Respectfully submitted,

| **KIZZIA JOHNSON, PLLC** | **FISH & RICHARDSON P.C.** |
|---|---|
| By: */s/ Jay Johnson* <br> Jay Johnson <br> Kizzia Johnson, PLLC <br> 1910 Pacific Avenue, Suite 13000 <br> Dallas, TX 75201 <br> Telephone: (469) 893-9941 <br> Facsimile: (214) 451-0165 <br> Email: jay@kjpllc.com | By: */s/ Neil J. McNabnay* <br> Neil J. McNabnay <br> mcnabnay@fr.com <br> Ricardo J. Bonilla <br> rbonilla@fr.com <br> Noel Chakkalakal <br> chakkalakal@fr.com <br> FISH & RICHARDSON P.C. <br> 1717 Main Street, Suite 5000 <br> Dallas, Texas 75201 <br> (214) 747-5070 - Telephone <br> (214) 747-2091 - Facsimile |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 30, 2021.

                                                                */s/ Neil J. McNabnay*
                                                                Neil J. McNabnay