# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**IDEABUD, LLC d/b/a TICKETBUD**<br><br>　　　　**Defendant.** | **Case No. 6:21-cv-00012**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL

BEFORE THE COURT is the parties' Joint Stipulation of Dismissal. The Court has considered the Joint Stipulation and finds that it is GRANTED.

**IT IS ORDERED** that all claims of Plaintiff in this action are **DISMISSED WITH PREJUDICE** and all claims of Defendant are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

**SIGNED** this _____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ALAN D. ALBRIGHT